

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joel Valdez,                                    * From the 161st District Court
                                                 of Ector County,
                                                 Trial Court No. B-43,431

Vs. No. 11-21-00240-CR                          * February 9, 2023

The State of Texas,                             * Memorandum Opinion by Trotter, J.
                                                 (Panel consists of: Bailey, C.J.,
                                                 Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.